987 So.2d 732 (2008)
Gerald SANCHEZ, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D08-538.
District Court of Appeal of Florida, Third District.
July 2, 2008.
Rehearing Denied August 29, 2008.
Gerald Sanchez, in proper person.
Bill McCollum, Attorney General, for appellee.
Before GERSTEN, C.J., and WELLS and SALTER, JJ.

ON MOTION FOR REHEARING
PER CURIAM.
We grant the motion for rehearing, withdraw the opinion filed on May 21, 2008, and substitute the following opinion in its place.
Affirmed. See Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984); Henry v. State, 948 So.2d 609, *733 619-20 (Fla.2006); A.E.B. v. State, 818 So.2d 534, 535-36 (Fla. 2d DCA 2002); Austin v. State, 700 So.2d 1233, 1234-35 (Fla. 4th DCA 1997).